No. A–285. RUTH *v.* OKLAHOMA. Ct. Crim. App. Okla. Application for bail, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–305. INTERNATIONAL TELEPHONE & TELEGRAPH CORP. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. A–354 (78–657). KIMBLE ET AL. *v.* SWACKHAMER, SECRETARY OF STATE OF NEVADA, ET AL. Sup. Ct. Nev. Application for injunction, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 77–1248. ILLINOIS STATE BOARD OF ELECTIONS *v.* SOCIALIST WORKERS PARTY ET AL. C. A. 7th Cir. [Probable jurisdiction noted, 435 U. S. 994.] Motion of Socialist Workers Party for divided argument granted.

No. 77–1258. MINNESOTA *v.* FIRST OF OMAHA SERVICE CORP. ET AL.; and

No. 77–1265. MARQUETTE NATIONAL BANK OF MINNEAPOLIS *v.* FIRST OF OMAHA SERVICE CORP. ET AL. Sup. Ct. Minn. [Certiorari granted, 436 U. S. 916.] Motion of petitioners for divided argument granted.

No. 77–1493. GLADSTONE, REALTORS ET AL. *v.* VILLAGE OF BELLWOOD ET AL. C. A. 7th Cir. [Certiorari granted, 436 U. S. 956.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Petitioners also allotted 15 additional minutes for oral argument.

No. 77–1547. DOUGLAS OIL COMPANY OF CALIFORNIA ET AL. *v.* PETROL STOPS NORTHWEST ET AL. C. A. 9th Cir. [Certiorari granted, 437 U. S. 902.] Motion of the Solicitor General for divided argument granted.